UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANGELO BASCOMB,

    Plaintiff,

v.                               Case No. 3:22cv5138-LC-HTC

ESCAMBIA COUNTY JAIL,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, Angelo Bascomb, a pre-trial detainee proceeding *pro se*, initiated this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 based on various conditions of confinement at the Escambia County Jail. ECF Doc. 1. The matter was referred to the undersigned Magistrate Judge for preliminary screening and report and recommendation pursuant to 28 U.S.C. § 636 and N.D. Fla. Loc. R. 72.2(C). Because Plaintiff has failed to respond to this Court's Orders requiring him to file a motion to proceed *in forma pauperis*, or pay the filing fee, the undersigned respectfully recommends this case be dismissed without prejudice for failure to comply with an order of the Court.

On April 14, 2022, the Court ordered Plaintiff to file an amended complaint on this Court's forms and to pay the filing fee or file a complete motion to proceed

*in forma pauperis*.  ECF Doc. 3.  Plaintiff was advised his failure to comply with the order may result in a recommendation this case be dismissed for failure to prosecute or comply with an order of the Court.  *Id*.  Before the deadline passed, Plaintiff filed an amended complaint.  ECF Doc. 4.  However, Plaintiff neither paid the filing fee nor filed a motion to proceed *in forma pauperis*.  So, on May 11, 2022, the Court ordered Plaintiff to show cause why this case should not be recommended for dismissal for failure to prosecute or comply with an order of the Court.  ECF Doc. 5.  The time for Plaintiff to respond to the Court's show cause Order has passed without a response.

This Circuit has routinely held that "dismissal upon disregard of an order, especially where the [Plaintiff] has been forewarned, generally is not an abuse of discretion."  *Saint Vil v. Perimeter Mortg. Funding Corp.*, 715 F. App'x 912, 915 (11th Cir. 2017) (quoting *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989)).  This is because "even a non-lawyer should realize the peril to [his] case, when [he] . . . ignores numerous notices" and fails to comply with court orders.  *Anthony v. Marion Cnty. Gen. Hosp.*, 617 F.2d 1164, 1169 (5th Cir. 1980).

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for abuse of the judicial process by failing to comply with Court orders.

Case No. 3:21cv5138-LC-HTC

2.   That the clerk be directed to close the file.

At Pensacola, Florida, this this 2nd day of June, 2022.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  An objecting party must serve a copy of its objections upon all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 3:21cv5138-LC-HTC